ACCEPTED
15-24-00108-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/16/2025 10:16 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00108-CV

**IN THE FIFTEENTH COURT OF APPEALS**
**AUSTIN, TEXAS**

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/16/2025 10:16:29 AM
CHRISTOPHER A. PRINE
Clerk

**REGINA CARSON**, *Appellant*
v.
**BLUE CROSS BLUE SHIELD OF TEXAS, INC., a division of HEALTH CARE SERVICE CORPORATION, ANITA C. JOHNSON, YVONNE STERNADEL, LAUREN COLLINS REESER, LAURA M. MCCLELLAND, JANE CORDRAY, JASON RAMIREZ, JENNIFER TRACEY, CHRISTOPHER FLINN, and TEACHERS RETIREMENT SYSTEM OF TEXAS d/b/a TEACHERS RETIREMENT SYSTEM OF TEXAS ACTIVECARE PLAN,** *Appellees*

**On Appeal from the County Court at Law No. 5**
**of Dallas County, Texas**
Civil Action No. CC-23-02212-E
The Honorable Nicole Taylor, Presiding

**NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION**
**FOR ATTORNEY MARTIN J. BISHOP**

Martin J. Bishop
State Bar No. 24086915
mbishop@crowell.com
Crowell & Moring LLP
455 N. Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, Illinois 60611-5599
Telephone: 312-379-7614
Facsimile: 312-321-4299

Scott T. Williams
State Bar No. 00791937
scwilliams@crowell.com
Crowell & Moring LLP
3399 Oakleaf Lane
Richardson, Texas 75082
Telephone: 312-379-4204
Facsimile: 312-321-4299

*Counsel for BCBSTX Appellees*

**PLEASE TAKE NOTICE THAT** effective immediately, the law firm affiliation and business address for attorney Martin J. Bishop has changed from Reed Smith LLP to Crowell & Moring LLP. Mr. Bishop will continue to represent Appellees, Blue Cross and Blue Shield of Texas, Inc., Anita C. Johnson, Yvonne Sternadel, Lauren Collins Reeser, Laura M. McClelland, Jane Cordray, Jason Ramirez, and Jennifer Tracey, in the above-referenced cause.

Copies of all motions, briefs, correspondence, and other documents regarding this case should now be forwarded to:

Martin J. Bishop
Crowell & Moring LLP
455 N. Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, Illinois 60611-5599
Phone: (312) 379-7614
Fax: (312) 321-4299
mbishop@crowell.com

Respectfully submitted,

*/s/ Martin J. Bishop*

Martin J. Bishop
State Bar No. 24086915
Crowell & Moring LLP
455 N. Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, Illinois 60611-5599
Phone: (312) 379-7614
Fax: (312) 321-4299
mbishop@crowell.com

Scott T. Williams
State Bar No. 00791937
Crowell & Moring LLP
3399 Oakleaf Lane
Richardson, Texas 75082
Phone: (312) 379-4204
Fax: (312) 321-4299
scwilliams@crowell.com

*Counsel for Appellees Blue Cross Blue
Shield of Texas, an unincorporated
division of Health Care Service
Corporation, a Mutual Legal Reserve
Company, Anita C. Johnson, Laura M.
McClelland, Lauren Collins Reeser,
Jane Corday, Jason Ramirez, Jennifer
Tracey, and Yvonne Sternadel*

**Certificate of Service**

I certify that a true and correct copy of the foregoing NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION was served on all counsel of record by electronic filing on this 16th day of September, 2025.

/s/ *Martin J. Bishop*
Martin J. Bishop

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Martin Bishop
Bar No. 24086915
mbishop@reedsmith.com
Envelope ID: 105626558
Filing Code Description: Other Document
Filing Description: Notice of Change of Address and Firm Affiliation for Attorney Martin J. Bishop
Status as of 9/16/2025 10:40 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brooke Bailey | | bbailey@ticerlaw.com | 9/16/2025 10:16:29 AM | SENT |
| Michelle Smith | | msmith@ticerlaw.com | 9/16/2025 10:16:29 AM | SENT |
| Thomas Bevilacqua | | thomas.bevilacqua@oag.texas.gov | 9/16/2025 10:16:29 AM | SENT |
| Alan York | | ayork@reedsmith.com | 9/16/2025 10:16:29 AM | SENT |
| Mark Ticer | | mticer@ticerlaw.com | 9/16/2025 10:16:29 AM | SENT |
| Jennifer Johnson | | jjohnson@ticerlaw.com | 9/16/2025 10:16:29 AM | SENT |
| Carolyn James | | cjames@reedsmith.com | 9/16/2025 10:16:29 AM | SENT |
| Ana Falcon | | afalcon@reedsmith.com | 9/16/2025 10:16:29 AM | SENT |
| Charletta Dawson | | cdawson@reedsmith.com | 9/16/2025 10:16:29 AM | SENT |
| Scott Williams | | scott.williams@reedsmith.com | 9/16/2025 10:16:29 AM | ERROR |
| Martin Bishop | | mbishop@reedsmith.com | 9/16/2025 10:16:29 AM | ERROR |
| Cheryl Blount | | cblount@reedsmith.com | 9/16/2025 10:16:29 AM | ERROR |
| Callie Snider | | csnider@reedsmith.com | 9/16/2025 10:16:29 AM | SENT |